UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-07189-SB-RAO | Date: | October 11, 2024 |
|---|---|---|---|

| Title: | Mehrnaz Mortazavi v. Booz Allen Hamilton, Inc. et al. |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Nancy Abrolat | Grace Lin Waddell |
| | Rachael Sarah Lavi |

**Proceedings: (Minutes of)** Motion to Remand [18]; Order to Show Cause **(Held and completed)**

Case called and appearances made. The Court heard argument from counsel on its tentative ruling on Plaintiff's motion to remand (Dkt. No. 18). The Court took the matter under submission. The Court also heard from Plaintiff's counsel on the Court's order to show cause re sanctions under Rule 11 for her use of generative artificial intelligence in drafting the motion to remand and Rule 16 for violating the Court's orders. The Court took the matter under submission.

0:41