ABROLAT LAW PC
Nancy Abrolat (SBN 149799)
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone:  (310) 615-0008
Facsimile:   (310) 615-0009
Email: Firm@EmployLawLA.com

Attorneys for Plaintiff
Mehrnaz Mortazavi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRNAZ MORTAZAVI,<br><br>                    Plaintiff,<br><br>vs.<br><br>BOOZ ALLEN HAMILTON INC., a corporation; ERIC HOFFMAN, an individual, and DOES 1 through 100,<br><br>                    Defendants. | Case No.  2:24−cv−07189 SB (RAOx)<br><br>HONORABLE JUDGE STANLEY BLUMENFELD, JR., PRESIDING<br><br>**PLAINTIFF'S PROOF OF PAYMENT AND NOTIFICATION PURSUANT TO COURT ORDER DATED OCTOBER 30, 2024**<br><br>**Complaint Filed:** July 1, 2024<br>**JURY TRIAL DEMANDED** |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff's counsel hereby submits this Proof of Payment and Notification pursuant to Court Order dated October 30, 2024. (SKT No. 48.) On November 13, 2024, Plaintiff paid a total of $2,500 in full satisfaction of the Court's order dated October 30, 2024. (DKT No. 48.) On December 30, 2024, Plaintiff's counsel notified the California State Bar of the sanction by attaching a copy of the October 30, 204 order. (DKT No. 48.)

Attached hereto as Exhibit A is a true and correct copy of the receipt confirming the payment transaction. Attached hereto as Exhibit B is a true and correct copy of Email confirmation of the financial entry associated with the payment received of $2,500.00. (DKT No. 49.)

Respectfully submitted,

Dated: December 30, 2024                ABROLAT LAW pc

By: _____
Nancy Abrolat
Attorneys for Plaintiff
Mehrnaz Mortazavi

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the action. My business address is 1901 Avenue of the Stars, 2nd Floor, Los Angeles, CA 90067.

On **December 30, 2024**, I served the following document(s) by the method indicated below:

**PLAINTIFF'S PROOF OF PAYMENT AND NOTIFICATION PURSUANT TO COURT ORDER DATED OCTOBER 30, 2024**

I served the documents on the following persons at the following addresses (including email addresses)

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

**X** (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on the agreement of the Parties to accept service by email or electronic transmission, I caused the documents to be sent from the email address indicated on the signature line to the person(s) at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 30, 2024,** at Los Angeles, California.

*Solimar C.*

Solimar Chinchilla
Email: Solimar@EmployLawLA.com

**SERVICE LIST**

*Mehrnaz Mortazavi v. Booz Allen Hamilton, Inc., et al.*
Case No. 24STCV16398

Racheal Lavi
Grace L. Waddell
Littler Mendelson P.C
2049 Century Park East 5th Floor
Los Angeles, CA 90067
rlavi@littler.com
gwaddell@littler.com
JNewcombCarter@littler.com
MGerard@littler.com